UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES STEWART (#111347)

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NO. 10-494-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 10, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion for Summary Judgment, rec.doc.no. 19, shall be granted, and that this action shall be dismissed, with prejudice.

Baton Rouge, Louisiana, July 18, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA